UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | 2:14-cv-02925-CAS-RZx | Date | June 2, 2014 |
|---|---|---|---|
| Title | ROBERT GARDENHIRE ET AL. V. PNC BANK, N.A. ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Laura Elias | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants | |
| Not Present | | Harijot Khalsa | |

**Proceedings:**   MOTION TO DISMISS (Dkt. #8, filed April 23, 2014)

Plaintiffs Robert and Vilma Gardenhire filed this action in Los Angeles County Superior Court on January 21, 2014, against defendants PNC Bank ("PNC") and Quality Loan Service Corporation. Dkt. #1. PNC filed a notice of removal in this Court on April 16, 2014. Id. The complaint asserts claims for wrongful foreclosure, breach of contract, fraud, and related claims. Id.

On April 23, 2014, PNC filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. #8. Plaintiff has not filed an opposition. The Court held a hearing on June 2, 2014, at which plaintiff did not appear. Pursuant to Local Rule 7-12, failure to file an opposition may be deemed consent to the granting of a motion. Accordingly, PNC's motion to dismiss is hereby GRANTED.

Plaintiff shall have until **July 2, 2014**, to file an amended complaint. Failure to do so may result in the dismissal of this action with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |